IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>LOLA HANSEN,<br><br>            Defendant . | CV  19-114-BLG-TJC<br><br><br>**ORDER** |

Plaintiff has filed an unopposed motion for extension of time to respond to Defendant's Motion to Stay or Alternatively Dismiss.  (Docs. 17 & 19.) Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall file a response brief by July 3, 2020.

**IT IS ORDERED**.

DATED this 17th day of June, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge