IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>LOLA HANSEN,<br><br>             Defendant. | CV  19-114-BLG-TJC<br><br>**ORDER** |

Presently before the Court is Plaintiff's unopposed motion for extension of time.  (Doc. 33.)  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.  Plaintiff shall file its reply brief in support of its Motion for Judgment on the Pleadings by **September 11, 2020**, and its response to Defendant's Motion for Summary Judgment by **September 18, 2020**.

**IT IS ORDERED**.

DATED this 26th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge