UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>LOLA HANSEN,<br><br>    Defendant. | Case No. CV-19-114-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 41), Judgment is entered in favor of the Plaintiff, Employer's Mutual Cas. Co. and against the Defendant.

  Dated this 15th day of March 2021.

        TYLER P. GILMAN, CLERK

        By: /s/ Heidi Gauthier
        Heidi Gauthier, Deputy Clerk